**Electronically Filed
Supreme Court
SCWC-25-0000005
10-AUG-2026
08:29 AM
Dkt. 26 ODAC**

SCWC-25-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LAWRENCE FORD, et al.,
Petitioners/Complainants-Appellants-Appellees,

vs.

BOARD OF APPEALS, COUNTY OF HAWAIʻI,
Respondent/Agency-Appellant-Appellee,

and

JEFF DARROW, DIRECTOR, DEPARTMENT OF PLANNING,
COUNTY OF HAWAIʻI, Respondent/Appellee-Appellant-Appellee,

and

RYAN A. NEAL; BEATA M. ZANONE,
Respondents/Respondents-Appellees-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000005; CAAP-25-0000004; CASE NO. 3CCV-23-0000200)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

Petitioners Lawrence Ford, John Koontz, Don Davis,

Phillip Koszarek, William Robert Gage, Jr., and Rebecca S. Gage's

Application for Writ of Certiorari, filed on June 18, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 10, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura